No. 99–6948. BATTLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6949. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6951. ROBBIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6952. SHORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6956. MEACHUM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6975. HONKEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6978. MITCHELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6984. BURKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–678. CRANDALL v. WAGNER. Ct. App. Cal., 1st App. Dist. Motion of Legal Advocates for Children and Youth et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–5560. KLAT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.